IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-cv-605-BO

| | |
|---|---|
| KAREN SEALEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $20,764.00 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $4,842.87 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $20,764.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 11 day of February, 2014.

Terrence Boyle
United States District Judge